64165. RAYMOND v. THE STATE.

BANKE, Judge.

The defendant was convicted of burglary. His motion for new trial was denied on December 23, 1981, and on January 28, 1982, he filed a notice of appeal. " 'A notice of appeal must be filed within thirty days after entry of the appealable judgment or within thirty days after the entry of an order disposing of a motion for new trial. Code Ann. § 6-803 (a). The time for filing such notice may be extended once by the court for an additional thirty days. Code Ann. § 6-804.' *Neal v. State,* 232 Ga. 96 (205 SE2d 284). Here no extension was obtained. The timely filing of a notice of appeal in accordance with the statutory requirement is essential to confer jurisdiction upon an appellate court. [Cits.]" *Canup v. State,* 150 Ga. App. 794 (258 SE2d 907) (1979). Accordingly, the appeal must be dismissed.

*Appeal dismissed. McMurray, P. J., and Birdsong, J., concur.*

DECIDED JUNE 2, 1982.

*Henry C. Ross,* for appellant.
*J. Lane Johnston, District Attorney, N. Jackson Cotney, Jr., Assistant District Attorney,* for appellee.